**FILED**

OCT 15 2002

CLERK

### UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH DAKOTA
### WESTERN DIVISION

| | | |
|---|---|---|
| **ALICE TORRES** | ) | **CIV. 01-5056** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S SECOND** |
| | ) | **MOTION TO COMPEL DISCOVERY** |
| **TRAVELERS INSURANCE COMPANY;** | ) | |
| **INSURANCE COMPANY OF THE STATE** | ) | |
| **OF PENNSYLVANIA;** and | ) | |
| **CONSTITUTION STATE SERVICES,** | ) | |
| formerly known as **CONSTITUTION STATE** | ) | |
| **SERVICE COMPANY**. | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, and hereby moves the Court for an Order compelling

Defendant CSS to comply with the Court's previously entered Discovery Order. Plaintiff also

asks for an award of fees and costs. The grounds for this motion are set forth more fully in the

Plaintiff's Brief in Support of Second Motion to Compel.

Dated this _10_ of _October_____, 2002.

By: _____

Mike Abourezk
ABOUREZK LAW FIRM
Attorneys for Plaintiff
Post Office Box 9460
117 Knollwood Drive
Rapid City, South Dakota 57709
(605) 342-0097

1