## ORDER

**FILED**

**MAY 16 2003**

It is hereby

**ORDERED** that the above entitled Motion for Admission *Pro Hac Vice* is granted, and it is further

**ORDERED** that a *Pro Hac Vice* admission fee in the amount of $200.00 shall be paid to the Clerk of Courts, Room 405, Federal Building and US Courthouse, 225 S. Pierre Street, Pierre, SD 57501.

DATED this 16th day of May, 2003.

BY THE COURT:

Andrew W. Bogue
Senior US District Court Judge

ATTEST:

JOSEPH HAAS, Clerk

By: Carol L. Merrill
    Deputy

(SEAL)