

**FILED**

JUL 0 3 2003

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| ALICE TORRES | ) | CIV. 01-5056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER: ALLOWING PLAINTIFF TO |
| BEVERLY ENTERPRISES, INC.; | ) | EXCEED PAGE LIMITS |
| TRAVELERS INSURANCE COMPANY; | ) | |
| INSURANCE COMPANY OF THE | ) | |
| STATE OF PENNSYLVANIA; and | ) | |
| CONSTITUTION STATE SERVICES, | ) | |
| f/k/a CONSTITUTION STATE SERVICE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff having moved for an Order allowing an extension of page limits and good cause found therefore,

IT IS HEREBY ORDERED that Plaintiff shall be allowed to exceed the briefing page limitations as set forth in the Local Rules.

Dated this 3rd day of July, 2003.

By the Court:

_____
U.S. District Judge

ATTEST:

Joseph Haas, Clerk U.S. District Court

By: _____
Deputy