UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
JAN 0 9 2004
CLERK

| ALICE TORRES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIV. 01-5056 |
| v. | ) | |
| | ) | **PLAINTIFF'S AMENDED** |
| BEVERLY ENTERPRISES, INC.; TRAVELERS INSURANCE COMPANY; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; and CONSTITUTION STATE SERVICES, f/k/a CONSTITUTION STATE SERVICE COMPANY | ) ) ) ) ) ) ) | **TRIAL EXHIBIT LIST** |
| | ) | |
| Defendants. | ) | |
| | ) | |

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 1 | PLTF 971-972 | Alice's Performance Eval (3/27/97) | ✓ | |
| 2 | PLTF 987-991 | Alice's Performance Eval (11/19/98) | ✓ | |
| 3 | PLTF 149-157 | Community Health Records | ✓ | |
| 4 | DEF536-37 | Dr. Simonson Medical Records | ✓ | |
| 5 | PLTF 7 | Employer's First Report of Injury | ✓ | |
| 6 | PLTF 1450-56 | Alice's Recorded Statement with Carl Young and Index Report | ✓ | |
| 7 | PLTF 2604-09 | Dr. Anderson Medical Records | ✓ | |
| 8 | PLTF 369-373 | CSS Claim Notes | ✓ | |
| 9 | DEF 556-557 | CSS Claim Notes | ✓ | |
| 10 | PLTF 851 | Alice's handwritten resignation letter dated 5/3/99 | ✓ | |
| 11 | PLTF 482 | Black Hills Surgery Note to Alice 6/22/99 | ✓ | |
| 12 | PLTF 1 | Thomas Gillis letter 7/8/99 | ✓ | |
| 13 | PLTF 1837 | Rita Parkins letter to Black Hills Surgery Center 9/3/99 | ✓ | |

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 14 | PLTF 2 | Torres Retainer Agreement with Jim Leach | ✔ | |
| 15 | PLTF 13-14 | Leach letter to Carl Young 10/18/99 | ✔ | |
| 16 | PLTF 11-12 | Petition for Hearing 10/18/99 | ✔ | |
| 17 | PLTF 1839-40 | Answer | ✔ | |
| 18 | PLTF 1843-47 | Employer's Interrogatories to Claimant | ✔ | |
| 19 | PLTF 26 | Jim leach letter to Hickey November 8, 1999. No genuine dispute. | ✔ | |
| 20 | PLTF 1813-14 | Employer/Insuror Proposed Scheduling Order 11/12/99 | ✔ | |
| 21 | PLTF 1832-33 | Scheduling Order 11/17/99 - prehearing set 4/17/00 | ✔ | |
| 22 | | | | |
| 23 | PLTF 1869-71 | Affidavit of Dr, Dale Anderson and Report of Dr. Dale Anderson | ✔ | |
| 24 | PLTF 1866 | Hickey letter to Parkins | ✔ | |
| 25 | PLTF 1881-89 | Claimant's Answers to Employer/Insurer Interrogatories | ✔ | |
| 26 | PLTF 114-115 | Employer and Insurer's Designation of Expert Witnesses | ✔ | |
| 27 | PLTF 28 | 11/8/99 Leach letter to Hickey. Enclosed are Interrogatories/RFP. | ✔ | |
| 28 | | | | |
| 29 | PLTF 119-120 | 4/19/00 Notice of Hearing | ✔ | |
| 30 | | | | |
| 31 | PLTF 691-703 | 5/18/00 Dr. John Lassegard deposition | ✔ | |
| 32 | PLTF 681-686 | 5/24/00 Dr. Curt Stone deposition | ✔ | |
| 33 | | | | |
| 34 | PLTF 162-172 | 7/28/00 Hearing Brief of Beverly Enterprises | ✔ | |
| 35 | | | | |
| 36 | PLTF 184-194 | 8/22/00 South Dakota Department of Labor Decision | ✔ | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | PLTF 1009 | HICFA form re: Alice Torres and Dr. Anderson's billing | | |
| 44 | PLTF 335 | 1/23/01 Leach Letter to Hickey re: fees and costs, with supporting documents. | ✔ | |
| 45 | PLTF 338-341 PLTF 343-352 | Jim Leach's Statement of Costs dated 9/21/00 and Jim Leach's Itemized Time Statement dated 12/18/00 | ✔ | |
| 46 | PLTF 473 | 3rd Settlement Breakdown dated 7/20/01, re: $3,900. | ✔ | |
| 47 | PLTF 249 | Leach letter to Fullenkamp re: fees, dated 7/23/01 | ✔ | |
| 48 | PLTF 250 | Fullenkamp letter to Leach dated 7/24/01 re: attorney's fees. | | |
| 49 | PLTF 437 | Hickey's fees breakdown dated 5/10/01 | | |
| 50 | PLTF 439 | Leach letter to Mike Hickey dated 5/14/01 re: Hickey's billings. | | |
| 51 | PLTF 718-35 | Worker's Compensation Hearing Transcript June 1, 2000. | | |
| 52 | PLTF 736 | Exhibit 1 to Hearing Transcript - 1st Report of Injury | ✔ | |
| 53 | PLTF 737 to 741 | Exhibit 2 to Hearing Transcript - Health Insurance Claim forms and bills | ✔ | |
| 54 | PLTF 742 | Exhibit 3 to Hearing Transcript - Anesthesiology Bill | ✔ | |
| 55 | PLTF 743-744 | Exhibit 4 to Hearing Transcript - Surgery Center Bill | ✔ | |
| 56 | PLTF 745 | Exhibit 5 to Hearing Transcript - EOB payment by Great West for 1185.75 | ✔ | |
| 57 | PLTF 746 | Exhibit 6 to Hearing Transcript - Denial Letter | ✔ | |
| 58 | PLTF 747 | Exhibit 7 to Hearing Transcript - Supervisor's Accident Investigation Report | ✔ | |
| 59 | PLTF 748-750 | Exhibit 8 to Hearing Transcript - Claimant's 1st Request for Documents | ✔ | |
| 60 | PLTF 752-755 | Exhibit 9 to Hearing Transcript - Claimant's First Interrogatories | ✔ | |
| 61 | ##### | Summary of Medical Bills | | |
| 62 | 1000672-674 | Excerpts from Wiggins 2000 Evaluation | ✔ | |

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 63 | 1000675-678 | Excerpts from Wiggins 2001 Evaluation | ✔ | |
| 64 | 1000692 and 1000695 | Excerpts from Hogue 2000 Evaluation | ✔ | |
| 65 | 1000688 | Excerpts from Hogue 2001 Evaluation | ✔ | |
| 66 | 1000711, 1000710, 1000718, 1000724, 1000728, 1000729, 1000731 | Excerpts from Carl Young's Personnel File | ✔ | |
| 67 | 1001634-640 | Donald Florek 1999 Evaluation | | ✔ |
| 68 | ##### and 1001622-629 | Defendant's Fourth Supplemental Responses to Plaintiff's First Request for Production of Documents to Defendants (3 pages); and Donald Florek 2000 Evaluation | | |
| 69 | 1001609-621 | Donald Florek 2001 Evaluation | | |
| 70 | 1001630 | Award letter to Donald Florek dated 1/26/01 | | |
| 71 | 1000751-752, 1000753, 1000754 | Excerpts from Worker's Compensation Best Practices | | |
| 72 | PLTF 2251 | CSS Web Page | | |
| 73 | PLTF 2150 | Constitution State Services: "Our Message" | | |
| 74 | 1000010 | South Dakota Department of Labor Form: Request For Extension of Time to Investigate Workers' Compensation Claim | | |
| 75 | ##### 1000795 to 1000865 | Defendants First Supplement to Defendants' Answers to Plaintiff's First Set of Interrogatories (2 pages). AND Beverly list of comp claims for carpal tunnel, and list of claims closed without payment. | | |
| 76 | 1000368, 1000404-406 | Traveler's Guide to Policies, Programs and Practices - Cover page and Excerpt | | |
| 77 | ##### | Defendant Travelers Insurance Company's Responses to Plaintiff's 4th Set of Requests for Production of Documents, Responses Nos. 9, 10, 11, 13. (2 pages) | | |

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 78 | ##### | Defendant's Responses Provided in the Master Discovery List, Requests No. 37 and 49. (2 pages) | | |
| 79 | ##### and 1001691 to 1001816 | Defendant Travelers Insurance Company's Supplemental Responses to Plaintiff's Fourth Set of Request for Production of Documents signed by Pat Meyers 10/24/03 and attachments (1001691 to 1001816 - Base Pay and Incentive Compensation Program) | | ✔ |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |
| 84 | | | | |
| 85 | | | | |
| 86 | | | | |
| 87 | | | | |
| 88 | | | | |
| 89 | | | | |
| 90 | | | | |
| 91 | | | | |
| 92 | | | | |
| 93 | PLTF 2382, 2590, 2591 | Travelers Annual Statement Balance Sheet Info | | |
| 94 | | | | |
| 95 | PLTF2631-2632 | Best's Key Rating Guide - Property Casualty Edition - Annual Statement Data | | |
| 96 | | | | |
| 97 | | | | |
| 98 | | | | |
| 99 | 1001565-1001578 | Beverly Enterprises reported claims in South Dakota for 1998-2000 | | ✔ |

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 100 | | | | |
| 101 | PLTF 248 | EOB re: payment to Alice Torres and Jim Leach in the amount of $3,900. | ✔ | |
| 102 | PLTF 474 | Check to Alice Torres and Jim Leach in the amount of $3,900. | ✔ | |
| 103 | 1001686 | 2001 Work comp score card for Beverly | | ✔ |
| 104 | | | | |
| 105 | DEF 542-554 | Claim Service Agreement between AIG and CSS | ✔ | |
| 106 | DEF 732- | Policy Declaration Sheet | ✔ | |
| 107 | DEF 780-782 | Addendum for MM deductible | ✔ | |
| 108 | ##### | Defendant's Answer to Interrogatory #5, filed 2/7/03. Percentage of claims by amount. | | |
| 109 | ##### | Cozine v. Midwest Coast Transport, 454 NW2d 548, 555 (SD 1990). Employer provides medical care. | | |
| 110 | ##### | Miller v. Lake Area Hospital, 551 NW2d 817, 820 (SD 1996). Notice case. | | |
| 111 | ##### | Loewen v. Hyman Freightways, Inc., 557 NW2d 764, 766 (SD 1997). Notice case. | | |
| 112 | ##### | Vaughn v. John Morrell, 2000 SD 31, ¶ 14, 606 NW2d 919. Gradual/progressive injury. | | |
| 113 | ##### | Hanson v. Penrod Const. Co., 425 NW2d 396 (SD 1988). If Dr. says treatment needed, it is for the employer to prove otherwise. | | |
| 114 | ##### | Brown v. Douglas School District, 650 NW2d 264 (SD 2002). "A major contributing cause." | | |
| 115 | ##### | Meyers v. Meyers Oil Co., 216 NW2d 820 (SD 1974). Insurance company is not beneficiary of private insurance. | | |
| 116 | ##### | SDCL 62-7-1. IME | | |
| 117 | ##### | SDCL 58-33-67. Unfair claim practices. | | |
| 117A | ##### | SDCL 58-20-6. | | |
| 118 | ##### | SDCL 62-6-2. Reporting statute. | | |
| 119 | ##### | SDCL 62-6-3. Investigate within 20 days. | | |

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 120 | PLTF 2633-2648 | AM Best Report regarding the Insurance Company for the State of Pennsylvania | | |
| 121 | PLTF 485, 483, 229 | Explanation of Benefits from Great West | | |
| 122 | ##### | Document entitled: Torres Medical Bills - 1 page (from Mike Hickey's file) | | |
| 123 | ##### | Alice Torres Medical Records Chronology - 5 pages (from Mike Hickey's file) | | |
| 124 | ##### | Document entitled: Timeline - 1 page (from Mike Hickey's file) | | |
| 125 | ##### | Letter to Rita Parkins from Mike Hickey dated 11/9/99 - 1 page (from Mike Hickey's file) | | |
| 126 | ##### | Email from Beth Ann Halvorson to Mike Hickey dated 12/7/99 - 1 page (from Mike Hickey's file) | | |
| 127 | ##### | Email from Beth Ann Halvorson to Mike Hickey dated 2/16/00 - 1 page (from Mike Hickey's file) | | |
| 128 | ##### | Note from Beth Ann to Mike Hickey re: the Torres file - 1 page (from Mike Hickey's file) | | |
| 129 | ##### | Document entitled: Alice Torres Pre-Hearing Conference Information - 1 page (from Mike Hickey's file) | | |
| 130 | ##### | Draft of Employer/Insurer's Answers to Claimant's First Interrogatories - 4 pages (from Mike Hickey's file) | | |
| 131 | ##### | Document entitled: Interrogatory #3: Interview/Statement - 1 page (from Mike Hickey's file) | | |
| 132 | ##### | Draft of Employer/Insurer's Responses to Claimant's First Request for Production - 3 pages (from Mike Hickey's file) | | |
| 133 | ##### | Memo from Beth Ann to Mike Hickey, dated 2/21/01 - 1 page (from Mike Hickey's file) | | |
| 134 | ##### | 5 pages from Mike Hickey's file (first page is a job description for a dietary aid) | | |
| 135 | ##### | Traveler's Insurance News Release (1 page) | | |
| 136 | ##### | Various Score Cards and Performance Goals (11 pages) | | |

7

| PLTF EX # | BATES | DESCRIPTION OF EXHIBITS | Travelers Stip Admission | Travelers Stip Foundation |
|---|---|---|---|---|
| 137 | ##### | Notice of Deposition and Subpoena Duces Tecum re: Armentano, dated 12/24/03 (3 pages) | | |
| 138 | ##### | Constitution State Services Balance Sheet (1 page) | | |
| 139 | 1001887 | Excerpt from Vincent Armentano's Personnel File - Overall Performance Rating (1 page) | | |
| 140 | 1001889 | Excerpt from Vincent Armentano's Personnel File - Letter to Mr. Armentano dates 1/30/98 (1 page). | | |
| 141 | 1001892 | Excerpt from Vincent Armentano's Personnel File - Interoffice Memorandum dated 8/3/99 (1 page). | | |

8

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| ALICE TORRES | ) | CIV. 01-5056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BEVERLY ENTERPRISES, INC.; TRAVELERS INSURANCE COMPANY; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; and CONSTITUTION STATE SERVICES, f/k/a CONSTITUTION STATE SERVICE COMPANY | ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| Defendants. | ) ) | |

The undersigned hereby certifies that on the __9__ day of January, 2004, he ~~mailed~~ *hand delivered* a true and correct copy of the foregoing **PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST** to:

Patricia Meyers
Costello, Porter, Hill, Heisterkamp,
Bushnell & Carpenter
PO Box 290
Rapid City, SD 57709

and that the same was provided by United States Mail, postage prepaid.

_____
Mike Abourezk