

**FILED**

**JAN 1 6 2004**

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| Alice Torres, | CIV 01-5056 |
| Plaintiff, | UPDATED JURY TRIAL EXHIBIT LIST AS OF 1/16/04 (12:40 PM) |
| vs. | |
| Travelers Insurance Company, Insurance Company of the State of Pennsylvania, and Constitution State Services f/k/a Constitution State Service Company, | |
| Defendants. | |

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 1 | | Alice Torres Performance Evaluation (3/27/97) | P | Received | 1/13/04 |
| 2 | | Alice Torres Performance Evaluation (11/19/98) | P | Received | 1/13/04 |
| 3 | | Community Health Records | P | Received | 1/13/04 |
| 4 | | Dr. Simonson Medical Records | P | Received | 1/13/04 |
| 5 | | Employer's First Report of Injury | P | Received | 1/13/04 |
| 6 | | Alice Torres Recorded Statement with Carl Young and Index Report | P | Received | 1/13/04 |
| 7 | | Dr. Anderson Medical Records | P | Received | 1/13/04 |
| 8 | | CSS Claim Notes | P | Received | 1/13/04 |
| 9 | | CSS Claim Notes | P | Received | 1/13/04 |
| 10 | | Alice Torres handwritten resignation letter dated 5/3/99 | P | Received | 1/13/04 |
| 11 | | Black Hills Surgery Note to Alice Torres 6/22/99 | P | Received | 1/13/04 |
| 12 | | Thomas Gillis letter 7/8/99 | P | Received | 1/13/04 |

EXHIBIT LIST
Page 2

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 13 | | Rita Parkins letter to Black Hills Surgery Center 9/3/99 | P | Received | 1/13/04 |
| 14 | | Alice Torres Retainer Agreement with Jim Leach | P | Received | 1/13/04 |
| 15 | | Jim Leach letter to Carl Young 10/18/99 | P | Received | 1/13/04 |
| 16 | | Petition for Hearing 10/18/99 | P | Received | 1/13/04 |
| 17 | | Answer | P | Received | 1/13/04 |
| 18 | | Employer's Interrogatories to Claimant | P | Received | 1/13/04 |
| 19 | | Jim Leach letter to Hickey 10/8/99.  No genuine dispute | P | Received | 1/13/04 |
| 20 | | Employer/Insuror Proposed Scheduling Order 11/12/99 | P | Received | 1/13/04 |
| 21 | | Scheduling Order 11/17/99 - prehearing set 4/17/00 | P | Received | 1/13/04 |
| 22 | | | | | |
| 23 | | Affidavit of Dr. Dale Anderson and Report of Dr. Dale Anderson | P | Received | 1/13/04 |
| 24 | | Hickey letter to Parkins | P | Received | 1/13/04 |
| 25 | | Claimant's Answers to Employer/Insurer Interrogatories | P | Received | 1/13/04 |
| 26 | | Employer and Insurer's Designation of Expert Witnesses | P | Received | 1/13/04 |
| 27 | | 11/8/99 Leach letter to Hickey.  Enclosed are Interrogatories/RFP | P | Received | 1/13/04 |
| 28 | | | | | |
| 29 | | 4/19/00 Notice of Hearing | P | Received | 1/13/04 |
| 30 | | | | | |
| 31 | | 5/18/00 Dr. John Lassegard deposition | P | Received | 1/13/04 |
| 32 | | 5/24/00 Dr. Curt Stone deposition | P | Received | 1/13/04 |

EXHIBIT LIST
Page 3

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 33 | | | | | |
| 34 | | 7/28/00 Hearing Brief of Beverly Enterprises | P | Received | 1/13/04 |
| 35 | | | | | |
| 36 | | 8/22/00 South Dakota Department of Labor decision | P | Received | 1/13/04 |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | HICFA form re: Alice Torres and Dr. Anderson's billing | | | |
| 44 | | 1/23/01 Leach letter to Hickey re: fees and costs, with supporting documents | P | Received | 1/13/04 |
| 45 | | Jim Leach's Statement of Costs dated 9/21/00 and Jim Leach's Itemized Time Statement dated 12/18/00 | P | Received | 1/13/04 |
| 46 | | Third Settlement Breakdown dated 7/20/01, re: $3,900 | P | Received | 1/13/04 |
| 47 | | Leach letter to Fullenkamp re: fees, dated 7/23/01 | P | Received | 1/13/04 |
| 48 | | Fullenkamp letter to Leach dated 7/24/01 re: attorney's fees | P | Received | 1/13/04 |
| 49 | G. Fye | Hickey's fees breakdown dated 5/10/01 | P | Received | 1/14/04 |
| 50 | | Leach letter to Mike Hickey dated 5/14/01 re: Hickey's billings | P | Received | 1/13/04 |
| 51 | A. Torres | Worker's Compensation Hearing Transcript 6/1/00 | P | Received | 1/14/04 |

Doc #

EXHIBIT LIST
Page 4

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 52 | | Exhibit 1 to Hearing Transcript - 1st Report of Injury | P | Received | 1/13/04 |
| 53 | | Exhibit 2 to Hearing Transcript - Health Insurance Claim forms and bills | P | Received | 1/13/04 |
| 54 | | Exhibit 3 to Hearing Transcript - Anesthesiology Bill | P | Received | 1/13/04 |
| 55 | | Exhibit 4 to Hearing Transcript - Surgery Center Bill | P | Received | 1/13/04 |
| 56 | | Exhibit 5 to Hearing Transcript - EOB payment by Great West for $1,185.75 | P | Received | 1/13/04 |
| 57 | | Exhibit 6 to Hearing Transcript - Denial Letter | P | Received | 1/13/04 |
| 58 | | Exhibit 7 to Hearing Transcript - Supervisor's Accident Investigation Report | P | Received | 1/13/04 |
| 59 | | Exhibit 8 to Hearing Transcript - Claimant's First Request for Documents | P | Received | 1/13/04 |
| 60 | | Exhibit 9 to Hearing Transcript - Claimant's First Interrogatories | P | Received | 1/13/04 |
| 61 | | Summary of Medical Bills | | | |
| 62 | | Excerpts from Wiggins 2000 Evaluation | P | Received | 1/13/04 |
| 63 | | Excerpts from Wiggins 2001 Evaluation | P | Received | 1/13/04 |
| 64 | | Excerpts from Hogue 2000 Evaluation | P | Received | 1/13/04 |
| 65 | | Excerpts from Hogue 2001 Evaluation | P | Received | 1/13/04 |
| 66 | | Excerpts from Carl Young's Personnel File | P | Received | 1/13/04 |
| 67 | V Armentano deposition | Donald Florek 1999 Evaluation | P | Received | 1/14/04 |
| 68 | V Armentano deposition | Donald Florek 2000 Evaluation | P | Received | 1/14/04 |
| 69 | V Armentano deposition | Donald Florek 2001 Evaluation | P | Received | 1/14/04 |

Doc #

EXHIBIT LIST
Page 5

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 70 | V Armentano deposition | Award letter to Donald Florek dated 1/26/01 | P | Received | 1/14/04 |
| 71 | C. Young | Excerpts from Worker's Compensation Best Practices | D | Received | 1/15/04 |
| 72 | G. Fye | CSS Web Page | P<br>P | Refused<br>Received | 1/14/04<br>1/15/04 |
| 73 | G. Fye | Constitution State Services: "Our Message" | P<br>P | Refused<br>Received | 1/14/04<br>1/15/04 |
| 74 | | South Dakota Department of Labor Form: Request for Extension of Time to Investigate Workers' Compensation Claim | | | |
| 75 | R Stankevich | Defendants First Supplement to Defendants' Answers to Plaintiff's First Set of Interrogatories (2 pages). AND Beverly list of comp claims for carpal tunnel, and list of claims closed without payment | P | Received | 1/16/04 |
| 76 | | Traveler's Guide to Policies, Programs and Practices - cover page and excerpt | | | |
| 77 | V Armentano deposition | Defendant Travelers Insurance Company's Responses to Plaintiff's Fourth Set of Requests for Production of Documents, Responses Nos. 9, 10, 11, 13 (2 pages) | P | Refused | 1/14/04 |
| 78 | | Defendant's Responses Provided in the Master Discovery List, Requests No. 37 and 49 (2 pages) | | | |
| 79 | V Armentano deposition | Defendant Travelers Insurance Company's Supplemental Responses to Plaintiff's Fourth Set of Request for Production of Documents signed by Pat Meyers 10/24/03 and attachments (1001691 to 1001816 - Base pay and Incentive Compensation Program) | P<br><br>P | Not Received<br><br>Received | 1/13/04<br><br>1/14/04 |
| 80 | | | | | |
| 81 | | | | | |

5

Doc #

EXHIBIT LIST
Page 6

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 82 | | | | | |
| 83 | | | | | |
| 84 | | | | | |
| 85 | | | | | |
| 86 | | | | | |
| 87 | | | | | |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| 91 | | | | | |
| 92 | | | | | |
| 93 | | Travelers Annual Statement Balance Sheet Info | | | |
| 94 | | | | | |
| 95 | | Best's Key Rating Guide - Property Casualty Edition - Annual Statement Data | | | |
| 96 | | | | | |
| 97 | | | | | |
| 98 | | | | | |
| 99 | | Beverly Enterprises reported claims in South Dakota for 1998-2000 | | | |
| 100 | | | | | |
| 101 | | EOB re: payment to Alice Torres and Jim Leach in the amount of $3,900 | P | Received | 1/13/04 |
| 102 | | Check to Alice Torres and Jim Leach in the amount of $3,900 | P | Received | 1/13/04 |
| 103 | | 2001 Work comp score card for Beverly | | | |

Doc #

EXHIBIT LIST
Page 7

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 104 | | | | | |
| 105 | | Claim Service Agreement between AIG and CSS | P | Received | 1/13/04 |
| 106 | | Policy Declaration Sheet | P | Received | 1/13/04 |
| 107 | | Addendum for MM deductible | P | Received | 1/13/04 |
| 108 | | Defendant's Answer to Interrogatory #5, filed 2/7/03. Percentage of claims by amount | | | |
| 109 | | Cozine v. Midwest Coast Transport, 454 NW2d 548, 555 (SD 1990). Employer provides medical care | | | |
| 110 | | Miller v. Lake Area Hospital, 551 NW2d 817, 820 (SD 1996). Notice case | | | |
| 111 | | Loewen v. Hyman Freightways, Inc., 557 NW2d 764, 766 (SD 1997). Notice case | | | |
| 112 | | Vaughn v. John Morrell, 2000 SD 31, ¶ 14, 606 NW2d 919. Gradual/progressive injury | | | |
| 113 | | Hanson v. Penrod Const. Co., 425 NW2d 396 (SD 1988). If Dr. says treatment needed, it is for the employer to prove otherwise | | | |
| 114 | | Brown v. Douglas School District, 650 NW2d 264 (SD 2002). "A major contributing cause." | | | |
| 115 | | Meyers v. Meyers Oil Co., 216 NW2d 820 (SD 1974). Insurance company is not beneficiary of private insurance | | | |
| 116 | C. Young | SDCL 62-7-1. IME | P | Refused | 1/15/04 |
| 117 | | SDCL 58-33-67. Unfair claim practices | | | |
| 117A | | SDCL 58-20-6. Prompt payment required | | | |
| 117B | | SDCL 58-3-7.4. Claim files subject to examination | | | |
| 118 | | SDCL 62-6-2. Reporting statute | | | |
| 119 | | SDCL 62-6-3. Investigate within 20 days | | | |

Doc #

EXHIBIT LIST
Page 8

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 120 | | AM Best Report regarding the Insurance Company for the State of Pennsylvania | | | |
| 121 | A. Torres | Explanation of Benefits from Great West | P | Received | 1/14/04 |
| 122 | | Document entitled: Torres Medical Bills - 1 page (from Mike Hickey's file) | | | |
| 123 | | Alice Torres Medical Records Chronology - 5 pages (from Mike Hickey's file) | | | |
| 124 | | Document entitled: Timeline - 1 page (from Mike Hickey's file) | | | |
| 125 | | Letter to Rita Parkins from Mike Hickey dated 11/9/99 - 1 page (from Mike Hickey's file) | | | |
| 126 | M. Hickey | Email from Beth Ann Halvorson to Mike Hickey dated 12/7/99 - 1 page (from Mike Hickey's file) | P | Received | 1/15/04 |
| 127 | | Email from Beth Ann Halvorson to Mike Hickey dated 2/16/00 - 1 page (from Mike Hickey's file) | | | |
| 128 | | Note from Beth Ann to Mike Hickey re: the Torres file - 1 page (from Mike Hickey's file) | | | |
| 129 | M. Hickey | Document entitled: Alice Torres Pre-Hearing Conference Information - 1 page (from Mike Hickey's file) | P | Received | 1/15/04 |
| 130 | M. Hickey | Draft of Employer/Insurer's Answers to Claimant's First Interrogatories - 4 pages (from Mike Hickey's file) | P | Received | 1/15/04 |
| 131 | M. Hickey | Document entitled: Interrogatory #3: Interview/Statement - 1 page (from Mike Hickey's file) | P | Received | 1/15/04 |
| 132 | | Draft of Employer/Insurer's Responses to Claimant's First Request for Production - 3 pages (from Mike Hickey's file) | | | |
| 133 | M. Hickey | Memo from Beth Ann to Mike Hickey, dated 2/21/01 - 1 page (from Mike Hickey's file) | P | Received | 1/15/04 |

Doc #

EXHIBIT LIST
Page 9

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 134 | | 5 pages from Mike Hickey's file (first page is a job description for a dietary aid) | | | |
| 135 | V Armentano deposition | Traveler's Insurance News Release (1 page) | P | Received | 1/14/04 |
| 136 | V Armentano deposition | Various Score Cards and Performance Goals (11 pages) | P | Received | 1/14/04 |
| 137 | | Notice of Deposition and Subpoena Duces Tecum re: Armentano, dated 12/24/03 (3 pages) | | | |
| 138 | G. Fye | Constitution State Services Balance Sheet (1 page) | P | Received | 1/14/04 |
| 139 | | Excerpt from Vincent Armentano's Personnel File - Overall Performance Rating (1 page) | | | |
| 140 | | Excerpt from Vincent Armentano's Personnel File - Letter to Mr. Armentano dated 1/30/98 (1 page) | | | |
| 141 | V Armentano | Excerpt from Vincent Armentano's Personnel File - Interoffice Memorandum dated 8/3/99 (1 page) | P | Received | 1/15/04 |
| 142 | G. Fye | Chart - Rules of the Road for Claims Handling | P | Demonstrative Purposes Only | 1/14/04 |

EXHIBIT LIST
Page 10

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 201 | A. Torres | Plaintiff's Responses to Employer/Insurer's Interrogatories | D | Received | 1/14/04 |
| 202 | J. Leach | Hickey 12/20/00 letter to Leach | D | Received | 1/13/04 |
| 203 | | Hickey 12/20/00 letter to DOL | | | |
| 204 | | Leach 1/02/01 letter to Hickey | | | |
| 205 | | Hickey 1/08/01 letter to DOL | | | |
| 206 | | Leach 5/15/01 letter to Hickey | | | |
| 207 | | Leach 5/15/01 letter to DOL | | | |
| 208 | | Notice of Depositions, 5/15/01, in worker's compensation proceeding (Beverly Enterprises, Marty Davis, Dan Ashmore) | | | |
| 209 | | Subpoena Duces Tecum, 5/15/01, in worker's compensation proceeding, to Beverly Enterprises | | | |
| 210 | | Leach 3/07/01 letter to Hickey | | | |
| 211 | | Hickey 3/02/01 letter to DOL | | | |
| 212 | | Second Supplemental Response to Request for Production, 3/02/01 | | | |
| 213 | | Employer and Insurer's Answers to Claimant's Second Interrogatories, 3/02/01 | | | |
| 214 | | Hickey 3/02/01 letter to Leach | | | |
| 215 | | Leach 3/01/01 letter to Hickey | | | |
| 216 | J. Leach | Hickey 2/13/01 letter to Leach | D | Received | 1/13/04 |
| 217 | | Hickey 1/18/01 letter to Leach | | | |
| 218 | | DOL letter to counsel | | | |
| 219 | | Order | | | |
| 220 | | Hickey 5/18/01 letter to Davis | | | |

Doc #

EXHIBIT LIST
Page 11

| NO. | WITNESS | DESCRIPTION | OFF. | RULING | FILED |
|---|---|---|---|---|---|
| 221 |  | Ashmore 5/17/01 letter to Hickey |  |  |  |
| 222 |  | Hickey 5/21/01 letter to Leach |  |  |  |
| 223 |  | Leach 5/24/01 letter to Hickey |  |  |  |
| 224 |  | Leach 5/29/01 letter to DOL |  |  |  |
| 225 | M. Hickey | Motion to Dismiss Without Prejudice, 5/29/01, in worker's compensation proceeding | P | Received | 1/15/04 |
| 226 |  | Hickey 5/30/01 letter to Hoge |  |  |  |
| 227 | M. Hickey | Hickey 6/01/01 letter to DOL | P | Received | 1/15/04 |
| 228 | M. Hickey | Hoge 6/18/01 letter to Torres | P | Received | 1/15/04 |
| 229 | M. Hickey | Form 111, 6/18/01, signed by Hoge | D | Received | 1/15/04 |
| 230 | J. Chett | Caughfield evaluation 5/21/01 | P | Received | 1/16/04 |
| 231 |  | CSS's balance sheet, 12/31/02 and '01 |  |  |  |

Doc #