# *****INVOICE*****

**Sargent's Court Reporting Service, Inc.**
210 Main Street
Johnstown, PA 15901
(814) 536-8908
Tax I.D. #25-1794603

INVOICE NUMBER: 0429628-IN
INVOICE DATE: 06/06/03
SHIP VIA: 79181

ABOUREZK LAW OFFICES
117 KNOLLWOOD DRIVE
PO BOX 9460

CUSTOMER NO: AB00003
ATTORNEY: ABOUREZK

RAPID CITY        SD   57701

TORRES vs TRAVELERS INSUR

TERMS: NET UPON RECEIPT

| DESCRIPTION | AMOUNT |
|---|---|
| ALICE TORRES Vs TRAVELERS, et al. | |
| DEPOSITION OF JAMES CHETT ON 6.6.03 | |
| IN BERNVILLE, PA | |
| *************** REQUESTED EXPEDITE ******************* | |
| EMAILED 6.9.03 | |
| APPEARANCE FEE | 55.00 |
| ORI&ONE | 1,096.20 |
| EXHIBITS | 2.75 |
| DISKETTE | 10.00 |
| POSTAGE & HANDLING | 40.00 |

not waived

PAID 7/10/03 ck #5140

paid in full Thank you

```
SARGENTS COURT REPORTING SERV
    210 MAIN ST
  JOHNSTOWN, PA 15901
    (814) 536-8908
  2173-100-872011056
      STATION #1

MON, JUN 09, 2003 03:45 PM

      CREDIT CARD

ACCT NO:
EXP DATE:      0104
TR TYPE:     PURCHASE
AMOUNT:      $ 1203.95
APP CODE:    077258
REF NO:        001
```

429628

SIGN

THANK YOU ! PLEASE COME AGAIN!

**INVOICE TOTAL:**      1,203.95