COPY COUNTRY INC.
1026 MAIN ST.
RAPID CITY, SD 57701-2651

605 342-0425
FAX 605 342-3010

Sold To: MIKE ABOUREZK, P.C.
P O BOX 9460
RAPID CITY, SD 57709-9460

Invoice No: 184905
Date: 06/11/03

Page: 1

Salesperson: 13 - PHYLLIS

Customer No: 916
Phone No: (605) 342-0097
Order No: TDB954

| Product Code | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 811-1 | 8 1/2 X 11-1 | 3971 | 0.10 | 397.10* |
| 811-2 | 8 1/2 X 11-2 | 71 | 0.12 | 8.52* |
| 814-1 | 8 1/2 X 14-1 | 6 | 0.09 | 0.54* |
| 1117-1 | 11 X 17-1 | 3 | 0.15 | 0.45* |
| COLBND | COLORED BOND (NO COPY) | 325 | 0.03 | 9.75* |

Copies of Discovery Documents for Gary Tye

**PAID**
7/16/03
ck # 5142

COPY COUNTRY INC.
1026 MAIN ST.
RAPID CITY, SD 57701-2651

605 342-0425
FAX 605 348-3010

Invoice No: 190671
Date: 12/15/03

Page: 1

Salesperson: WS    10/02

Sold To: MIKE ABOUREZK, P.C.
P O BOX 7460
RAPID CITY, SD 57709-9660

Customer No: 916
Phone No: (605) 348-6477
Order No: tmtmm

| Product Code | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 811-1 | 8 1/2 X 11-1 | 1760 | 0.08 | 140.80* |
| COLBND | COLORED BOND (NO COPY) | 5 | 0.03 | 0.15* |

copy of discovery
doc

PAID
1/7/04
Ch # 5549

COPY COUNTRY INC.
1026 MAIN ST.
RAPID CITY, SD 57701-2651

605 342-0425
FAX 605 348-3010

Sold To: MIKE ABOUREZK, P.C.
P O BOX 9460
RAPID CITY, SD 57709-9460

Invoice No: 190004
Date: 11/21/03

Page: 1

Salesperson: 916    SANDY

Customer No: 916
Trans No: (605) 348-7077
Order No: 10W416

| Product Code | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 811-1 | 8 1/2 X 11-1 | 1069 | 0.065 | 90.97* |
| COLBND | COLORED BOND (NO COPY) | 1 | 0.035 | 0.04* |
| 814-1 | 8 1/2 X 14-1 | 5 | 0.095 | 0.48* |

Started copying
docs. for exhibit books
trial

**PAID**
5496
12/5/03